UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ORIGINAL
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR - 4 2011

BY DAVID J. MALAND, CLERK
DEPUTY_____

UNITED STATES OF AMERICA

V.

FRANCISCO VAZQUEZ

CRIMINAL COMPLAINT
CASE NUMBER: 4:11MJ129

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about March 2011, up until the present, in the Eastern District of Texas and elsewhere, defendant Francisco Vazquez did knowingly and intentionally combine, conspire, confederate, and agree with other persons known and unknown to the affiant, to possess with the intent to distribute 50 grams or more of methamphetamine (actual) or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine in violation of 21 U.S.C. § 846. I further state that I am a Special Agent of the Drug Enforcement Administration and that this complaint is based on the following facts:

## SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet and made a part hereof.   Yes.

_____
SA Carlos Hernandez, DEA
Complainant

Sworn to before me, and subscribed in my presence

April 4, 2011                                              Plano, Texas
_____ at    _____
Date                                                       City and State
DON D. BUSH
U. S. MAGISTRATE JUDGE
                                                           _____
Name and Title of Judicial Officer                         Signature of Judicial Officer