DATE 4/4/11
LOCATION Plano
JUDGE Don D. Bush
DEPUTY CLERK Toya McEwen
COURT REPORTER: Bryn & Assoc - Mary Ann Romero
INTERPRETER Melida Aleshire
USPO:
BEGIN 2:12 pm

CASE NUMBER 4:11mj129 DDB
USA Jay Combs _____ Assigned
VS " " _____ Appeared

Francisco Vazquez
Defendant
_____
Attorney

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR - 4 2011
DAVID J. MALAND, CLERK
BY _____ DEPUTY

☑ INITIAL APPEARANCE on /COMPLAINT
☐ _____

☑ Hearing Held ☐ Hearing Called ☑ Interpreter Sworn

☑ Dft appears: ☐ with ☑ w/o cnsl ☐ pro se ☐ Cnsl appears on behalf of deft
☑ Appears on: ☑ Complaint
☑ Date of arrest: 3/31/11 or ☐ Rule 40. (dist & case #) _____
☑ Dft ☑ advised of charges ☐ advised of maximum penalties ☑ advised of right to remain silent;
☑ advised of right to counsel ☑ received copy of complaint

☐ Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD (DO NOT DOCKET IN MAG. CASE - WITHOUT CONSENT)
Attorney: _____
☐ Dft advises the Court that he/she ☐ has counsel who is _____ or, ☐ will hire counsel.
☐ If dft cannot retain counsel, the court is to be advised within ___ days so counsel may be appointed.
☑ Dft Requests appointed counsel, is sworn & examined re: financial status.
☐ Financial affidavit executed by dft. The court finds the defendant ☐ able ☑ unable to employ counsel.
☑ to be _____ appointed ☐. U.S. Pub Defender _____ appointed

☐ Preliminary Hearing requested ☐ Dft waived preliminary hearing
☑ Preliminary Hearing set for Wed, 4.6.11 @ 2pm .
☑ Govt motion for detention ☐ Govt oral motion for continuance ☐ Oral Order granting ☐ Oral Order denying
☐ Defendant oral motion to continue detention hearing ☐ Oral Order granting ☐ Oral Order denying
☑ Detention Hrg set for Wed, 4.6.11 @ 2pm ☑ Temp Detention Order Pending Hearing
☐ Order setting conditions of release ☐ Bond executed, dft released; ☐ Not executed at this time
☐ Dft ordered to answer in prosecuting district ☐ State Charges
☐ Dft signed Waiver of Detention Hearing ☐ Dft ordered removed to Originating District
☐ Dft motion _____
☐ Gvt motion _____
☐ Dft failed to appear, ☐ oral order for arrest warrant; ☐ bond forfeited
☐ Dft released on Conditions of Release
☑ 2:15 pm Recess and Dft REMANDED to USMO

CRIM 92-116   ☐ See reverse/attached for additional proceedings   2:15 pm Adjourn