FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

APR - 4 2011

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No.  4:11MJ129 DDB |
| | § | |
| FRANCISCO VAZQUEZ | § | |

## OATH OF INTERPRETER

I do solemnly swear that I will translate from English to Spanish and Spanish to English fully

and completely, and communicate all of the testimony to the Court to the best of my knowledge.

SO HELP ME GOD.

_____
Melida Ailshire, Interpreter

SUBSCRIBED AND SWORN TO BEFORE this the 4th of April, 2011.

_____
Toya McEwen
Courtroom Deputy