IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No. 4:11MJ129 DDB |
| | § | |
| FRANCISCO VAZQUEZ | § | |

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR - 6 2011
DAVID J. MALAND, CLERK
BY
DEPUTY_____

## OATH OF INTERPRETER

I do solemnly swear that I will translate from English to Spanish and Spanish to English fully and completely, and communicate all of the testimony to the Court to the best of my knowledge.

SO HELP ME GOD.

_____
Melida Ayshire, Interpreter

SUBSCRIBED AND SWORN TO BEFORE this the 6th of April, 2011.

_____
Toya McEwen
Courtroom Deputy