**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR - 6 2011

DAVID J. MALAND, CLERK
BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 4:11MJ129 DDB |
| | § | |
| FRANCISCO VAZQUEZ | § | |

## WAIVER OF DETENTION HEARING

I, FRANCISCO VAZQUEZ, having been charged with a Violation of Title 21, U.S.C. § 846, having appeared before the Court and been advised of my rights as required by Title 18 U.S.C. Section 3142 et seq., including my right to have a detention hearing, do hereby waive (give up) my right to a detention hearing and agree to be held in custody pending disposition of this matter.

**TRIBUNAL JUDICIAL DE DISTRITO DE ESTADOS UNIDOS**
**DISTRITO ESTE DE TEXAS**
**DIVISION DE SHERMAN**

| | | |
|---|---|---|
| ESTADOS UNIDOS DE AMERICA | § | |
| | § | NO. 4:11mj129 DDB |
| CONTRA | § | |
| FRANCISCO VAZQUEZ | § | |

## RENUNCIA A UNA AUDIENCIA DE DETENCION

Yo, FRANCISCO VAZQUEZ, a quien se le imputa un cargo por infraccion del Titulo 21, articulo § 846, del Codigo de Estados Unido, habiendo comparecido ante el Tribunal y habiendoseme informado de mis derechos segun los requisitos del Articulo 3142 et seq., del Titulo 18 del Codigo de Estados Unidos, incluyendo mi derecho a tener una audiencia de detencion, por el presente documento renuncio a mi derecho a una audiencia de detencion y convengo que se me mantenga bajo custodia hasta que se resuelva esta causa.

FECHA (Date): 6 April 11

_____
Francisco Vazquez
Acusado (Defendant)

_____
Abogado del Acusado (Defendant's Attorney)