THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

APR - 6 2011

DAVID J. MALAND, CLERK
BY
DEPUTY_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § § | CRIMINAL NO. 4:11MJ129 DDB |
| FRANCISCO VAZQUEZ | § § | |

**ORDER**

The Court held a hearing to consider the matter of Defendant's detention pending trial. Defendant waived his/her right to a detention hearing. It is therefore

**ORDERED** that Defendant is detained pending trial without prejudice to his/her re-raising the issue of pretrial detention at any time.

Signed the 6th day of April, 2011.

_____
United States Magistrate Judge
Don D. Bush